# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-22-00252-CR

**Charles Raymond Lee, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE 277TH DISTRICT COURT OF WILLIAMSON COUNTY,
NO. 03-798-K277, THE HONORABLE KEN ANDERSON, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

We grant appellant's motion for rehearing, withdraw our opinion and judgment dated June 22, 2022, and reinstate this appeal.

It is ordered on July 21, 2022.

Before Justices Goodwin, Baker, and Triana

Do Not Publish